UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GAIL ALLEMAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| Vs. | ) Case No. 2:16-CV-2018 |
| | ) |
| T-H PROFESSIONAL and | ) |
| MEDICAL COLLECTIONS, LTD. | ) |
| | ) |
| DEFENDANT. | ) |

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, GAIL ALLEMAN, by and through her attorneys, ALLEMAN LAW FIRM, P.C., and for her Complaint against the Defendant, T-H PROFESSIONAL AND MEDICAL COLLECTIONS, LTD., for violations of the FAIR DEBT COLLECTIONS PRACTICES ACT, (FDCPA) states as follows:

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. 1331 and 15 U.S.C. 1692 k (d) which states that such actions may be brought and heard before "any appropriate United States District Court without regard to the amount in controversy."

2. This action arises from the Defendant's violation of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 et seq (FDCPA),

3. Venue in this District is proper under 28 USC 191(b) because the acts and transactions occurred here; and the Plaintiff is a resident of Mt. Zion, Macon County, Illinois.

### PARTIES

4. The Plaintiff, GAIL ALLEMAN, is a natural person who resides in Mt. Zion, Macon County, State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C.1692a(3).

5. T-H PROFESSIONAL AND MEDICAL COLLECTIONS, LTD., operates from an address of 2015 West Glen Avenue, Suite 130, Peoria, Illinois and is a "debt collector" as that term is defined by 15 U.S.C. 1692 a(6) and sought to collect a defaulted consumer debt from the Plaintiff.

6. The Defendant in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

7. Prior to May 19, 2014 the Plaintiff, GAIL ALLEMAN, incurred a financial obligation to Central Illinois Radiological Associates that was primarily personal and is therefore a "debt" as that term is defined by 15 U.S.C. 1692a(5).

8. Sometime thereafter the alleged debt was consigned, placed or otherwise transferred to the Defendant, T-H PROFESSIONAL AND MEDICAL COLLECTIONS, LTD. for collection from the Plaintiff, GAIL ALLEMAN.

9. On January 23, 2015, the Defendant violated the FDCPA by attempting to collect the aforesaid debt by telephone and failing to provide the "mini-miranda" warning in violation of 15 U.S.C. 1692e.

10. The Plaintiff, GAIL ALLEMAN, is entitled to and hereby respectfully **DEMANDS TRIAL BY JURY.**

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, GAIL ALLEMAN, prays that Judgment be entered against the Defendant, T-H PROFESSIONAL AND MEDICAL COLLECTIONS, LTD., as follows:

A. For an award of actual damages pursuant to 15 U.S.C. 1692(a)(1);

B. For an award of statutory damages in an amount of $ 1,000.00 for each separate violation, pursuant to 15 U.S.C. 1692(a)(2)(A);

C. For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3);

DATED:  JANUARY 18, 2016.

/s/ *John D. Alleman*
John D. Alleman
Attorney ID 6202752

ALLEMAN LAW FIRM, P.C.
310 E. Main Street
Carbondale, IL 62901